# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2022

## NO. 03-22-00325-CV

**J. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the final order signed by the trial court on May 26, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final order. Therefore, the Court affirms the trial court's final order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.